**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO: 08-21496-CIV-MORENO/TORRES

ROBLOR MARKETING GROUP, INC.,

       Plaintiff,

v.

                                      **JURY TRIAL DEMANDED**

GPS INDUSTRIES, INC., PROSHOT
INVESTORS, LLC, PROLINK HOLDINGS
CORPORATION, PROLINK SOLUTIONS,
LLC, INTELLIGOLF, INC., KARRIER
COMMUNICATIONS, L1 TECHNOLOGIES,
INC., LINKS POINT, INC., SKYHAWKE
TECHNOLOGIES, LLC, UPLAY, LLC,
GOODWIN GOLF GROUP, LLC
and POLARIS GOLF SYSTEMS, INC.,

       Defendants.

_____/

**DEFENDANT PROSHOT INVESTORS, LLC'S ANSWER AND
AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Defendant ProShot Investors, LLC ("PROSHOT") responds to the Complaint of Roblor

Marketing Group, Inc. ("ROBLOR") as follows:

**ANSWER**

1.       PROSHOT admits the Complaint alleges patent infringement of United States

Patent No. 5,507,485 (hereafter "the '485 Patent"). PROSHOT is without sufficient information

to form a belief as to any other allegations in this paragraph.

2.       PROSHOT is without sufficient information to form a belief as to any allegations

in this paragraph.

1

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

3.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

4.      PROSHOT admits PROSHOT is a limited liability company organized and existing under the laws of the State of California. PROSHOT denies any other allegations in this paragraph.

5.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

6.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

7.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

8.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

9.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

10.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

11.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

12.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

13.      PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

14.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

15.     PROSHOT admits this action as currently pleaded in the Complaint arises under the patent laws of the United States, and that this Court has subject matter jurisdiction over this action as currently pleaded in the Complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a). PROSHOT is without sufficient information to form a belief as to any other allegations in this paragraph.

16.     As to PROSHOT, PROSHOT denies any allegations in this paragraph. As to other parties, PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

17.     As to PROSHOT, PROSHOT denies any allegations in this paragraph. As to other parties, PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

18.     Denied.

19.     PROSHOT responds to the allegations in this paragraph according to PROSHOT's responses to the corresponding paragraph numbers referred to in this paragraph.

20.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

21.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

22.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

23.     Denied.

3

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

24.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

25.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

26.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

27.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

28.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

29.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

30.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

31.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

32.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

33.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph .

34.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.

35.     Denied.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

36.     Denied.

37.     Denied.

38.     PROSHOT is without sufficient information to form a belief as to any allegations in this paragraph.


## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1.     ROBLOR has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2.     PROSHOT has not infringed and is not infringing any valid and enforceable claim of United States Patent No. 5,507,485 ("the '485 Patent").

### THIRD AFFIRMATIVE DEFENSE

3.     Upon information and belief, any claims of the '485 Patent asserted against PROSHOT are invalid and/or unenforceable for failure to comply with one or more requirements of 35 U.S.C. § 1 et. seq. (including but not limited to 35 U.S.C. §§ 101, 102, 103, and 112), and/or Title 37 of the Code of Federal Regulations.

### FOURTH AFFIRMATIVE DEFENSE

4.     Upon information and belief, ROBLOR has not complied with the marking requirements of 35 U.S.C. § 287.

### FIFTH AFFIRMATIVE DEFENSE

5.     ROBLOR's claims are barred by the equitable doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

6.     ROBLOR's claims are barred by the equitable doctrine of estoppel.

5

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com

## SEVENTH AFFIRMATIVE DEFENSE

7.      Upon information and belief, the claims of the '485 Patent are unenforceable due to the patent applicant's inequitable conduct before the PTO during prosecution of the underlying patent application, including at least misrepresentations by the patent applicant to the Patent Office as to the teachings of prior art, with the intent to deceive the Patent Office.

## COUNTERCLAIMS

PROSHOT, for its counterclaims against ROBLOR, states and alleges as follows, wherein each and every paragraph and allegation of these counterclaims is hereby incorporated by reference into each and every Count:

### JURISDICTION AND VENUE

1.      This cause of action arises under the United States patent laws, Title 35 of the United States Code, and under the Declaratory Judgment Statutes 28 U.S.C. §§ 2201 - 2202. This Court has jurisdiction over PROSHOT's counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

2.      On or about May 23, 2008, ROBLOR filed a Complaint for patent infringement in this Court against PROSHOT, alleging infringement of United States Patent No. 5,507,485 ("the '485 Patent").

3.      PROSHOT has not infringed and is not infringing any valid and enforceable claim of the '485 Patent.

4.      An actual case or controversy exists between ROBLOR and PROSHOT concerning at least the validity, infringement, and/or enforceability of the '485 Patent.

6

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

## PARTIES

5.      PROSHOT is a limited liability company organized and existing under the laws of the State of California.

6.      Upon information and belief, ROBLOR is a Corporation with a principal place of business in Pompano Beach, Florida.

## COUNT I

### NON-INFRINGEMENT OF THE '485 PATENT

7.      PROSHOT is entitled to a declaration and judgment that PROSHOT has not infringed and is not infringing any valid and enforceable claim of the '485 Patent.

8.      Without such a declaration and judgment, ROBLOR will continue to assert claims of patent infringement against PROSHOT.

## COUNT II

### INVALIDITY OF THE '485 PATENT

9.      PROSHOT is entitled to a declaration and judgment that the claims of the `485 Patent are invalid for failure to comply with one or more requirements of 35 U.S.C. § 1 et. seq. (including but not limited to 35 U.S.C. §§ 101, 102, 103, and 112), and/or Title 37 of the Code of Federal Regulations.

10.      Without such a declaration and judgment, ROBLOR will continue to assert claims of patent infringement against PROSHOT.

PROSHOT demands a trial by jury on all issues.

**WHEREFORE,** PROSHOT respectfully requests judgment against ROBLOR as follows:

7

A.      ROBLOR take nothing from PROSHOT by way of ROBLOR's Complaint, and

judgment be rendered in favor of PROSHOT on ROBLOR's Complaint.

B.      PROSHOT has not infringed, and is not infringing, any valid and enforceable

claim of the '485 Patent.

C.      The claims of the '485 Patent are invalid.

D.      The case be declared exceptional, and PROSHOT be awarded reasonable

attorneys fees pursuant to 35 U.S.C. § 285.

E.      PROSHOT be awarded costs.

F.      PROSHOT be awarded such other relief as this Court deems appropriate.

Respectfully submitted,

s/Kevin C. Kaplan - Florida Bar No. 933848
 David J. Zack - Florida Bar No. 641685
Email:  kkaplan@coffeyburlington.com
         dzack@coffeyburlington.com
COFFEY BURLINGTON
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Counsel for PROSHOT INVESTORS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July __, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case 08-21496-CIV-MORENO/TORRES.  I also certify that the foregoing Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF.  Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

/s/ Kevin C. Kaplan

8

9

Coffey Burlington

Office In The Grove, Penthouse    2699 South Bayshore Drive    Miami, Florida 33133
T:  305.858.2900     F: 305.858.5261
Email:  info@coffeyburlington.com          www.coffeyburlington.com