**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**08-21496-CIV-MORENO/TORRES**

| | | |
|---|---|---|
| ROBLOR MARKETING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| GPS INDUSTRIES, INC., | § | |
| PROSHOT INVESTORS, LLC, | § | |
| PROLINK HOLDINGS CORPORATION, | § | |
| PROLINK SOLUTIONS, LLC, | § | **JURY TRIAL DEMANDED** |
| INTELLIGOLF INC., | § | |
| KARRIER COMMUNICATIONS, | § | |
| L1 TECHNOLOGIES, INC., | § | |
| LINKS POINT, INC., | § | |
| SKYHAWKE TECHNOLOGIES, LLC, | § | |
| UPLAY, LLC, | § | |
| GOODWIN GOLF GROUP LLC, | § | |
| AND | § | |
| POLARIS GOLF SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S ANSWER TO L1 TECHNOLOGIES, INC.'S, COUNTERCLAIMS**

Plaintiff Roblor Marketing Group, Inc. ("Roblor") hereby responds to each paragraph of L1

Technologies, Inc.'s, counterclaims as follows:

50.     No response warranted.

**PARTIES**

51.     Upon information and belief, admitted.

52.     Admitted.

**JURISDICTION AND VENUE**

53.     Admitted.

54.     Admitted.

55.     Admitted.

## COUNT I: DECLARATORY JUDGMENT

56.     Roblor incorporates the replies set forth in Paragraphs 51-55 above as if fully set forth herein.

57.     Denied.

58.     Denied.

59.     Admitted that an actual and justiciable controversy exists between Roblor and L1 with respect to L1's infringement of one or more claims of U.S. Patent No. 5,507,485, but otherwise denied.

## PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment against L1 as follows:

A.     That L1 takes nothing by its Counterclaims;

B.     That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

C.     Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

Respectfully submitted,

Dated:  August 25, 2008                          s/Alex Alvarez
                                                 Alex Alvarez, Fla. Bar No. 946346
                                                 E-mail: alex@integrityforjustice.com
                                                 **THE ALVAREZ LAW FIRM**
                                                 355 Palermo Avenue
                                                 Coral Gables, FL 33134
                                                 Telephone: (305) 444-7675
                                                 Facsimile: (305) 444-0075

**OF COUNSEL**:
John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
David M. Hill, Esq.
E-mail: hilld@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

**ATTORNEYS FOR PLAINTIFF**
**ROBLOR MARKETING GROUP, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2008, I caused the following documents:

   *Plaintiff's Answer to L1 Technologies, Inc.'s, Counterclaims*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

   *All Counsel of Record*

                              BY:_____/s/ Alex Alvarez_____
                                    ALEX ALVAREZ
                                    Florida Bar No. 946346