UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-21496-CIV-MORENO**

ROBLOR MARKETING GROUP, INC.,

    Plaintiff,

vs.

GPS INDUSTRIES, INC., PROSHOT INVESTORS, LLC, PROLINK HOLDINGS CORPORATION, PROLINK SOLUTIONS, LLC, INTELLIGOLF INC., KARRIER COMMUNICATIONS, L1 TECHNOLOGIES, INC., LINKS POINT, INC., SKYHAWKE TECHNOLOGIES, LLC, UPLAY, LLC, GOODWIN GOLF GROUP, LLC, and POLARIS GOLF SYSTEMS, INC.,

    Defendants.
_____/

### ORDER OF DISMISSAL AS TO DEFENDANT SKYHAWKE TECHNOLOGIES, LLC

    THIS CAUSE came before the Court upon the Motion to Dismiss Defendant, Skyhawke Technologies, LLC **(D.E. 62)**, filed **August 20, 2008**.

    THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

    **ADJUDGED** that the Motion is GRANTED. It is also

    **ADJUDGED** that all claims brought by Plaintiff Roblor Marketing Group, Inc. against Skyhawke Technologies, LLC are **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(2).

    DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record