UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21496-CIV-MORENO/TORRES

ROBLOR MARKETING GROUP, INC.,

     Plaintiff,

vs.

GPS INDUSTRIES, INC.,
PROSHOT INVESTORS, LLC,
PROLINK HOLDING CORPORATION,
PROLINK SOLUTIONS, LLC,
INTELLIGOLF, INC.,
KARRIER COMMUNICATIONS,
L1 TECHNOLOGIES, INC.,
LINKS POINT, INC.,
SKYHAWKE TECHNOLOGIES, LLC,
UPLAY, LLC,
GOODWIN GOLF GROUP LLC,
AND
POLARIS GOLF SYSTEMS, INC.,

     Defendants.
_____/

## NOTICE OF FILING DEFENDANTS' AGREEMENT TO LIMIT DEFENSES ON CONDITION MOTION TO STAY PENDING REEXAM IS GRANTED

COMES NOW Defendant, uPlay, LLC, and hereby files the attached Defendants' Agreement to Limit Defenses on Condition Motion to Stay Pending Reexam is Granted.

Respectfully submitted,

Dated:  October 2, 2008
     Miami, Florida

s/John Fulton, Jr.
John Cyril Malloy, III
Florida Bar No. 964,220
John Fulton, Jr.
Florida Bar No. 173,800
jfulton@malloylaw.com
MALLOY & MALLOY, P.A.

1

2800 S.W. Third Avenue
Miami, Florida  33129
Telephone: (305) 858-8000
Facsimile:  (305) 858-0008
Attorneys for Defendant
uPlay, LLC.


Neal M. Cohen
nmc@viplawgroup.com
James K. Sakaguchi
jks@viplawgroup.com
Valerie L. Sarigumba
vls@viplawgroup.com
VISTA IP LAW GROUP LLP
2040 Main Street, 9th Floor
Irvine, California  92614
Telephone: (949) 724-1849
Facsimile:  (949) 625-8955
Attorneys for Defendant
uPlay, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21496-CIV-MORENO/TORRES

ROBLOR MARKETING GROUP, INC.,

      Plaintiff,

vs.

GPS INDUSTRIES, INC.,
PROSHOT INVESTORS, LLC,
PROLINK HOLDING CORPORATION,
PROLINK SOLUTIONS, LLC,
INTELLIGOLF, INC.,
KARRIER COMMUNICATIONS,
L1 TECHNOLOGIES, INC.,
LINKS POINT, INC.,
SKYHAWKE TECHNOLOGIES, LLC,
UPLAY, LLC,
GOODWIN GOLF GROUP LLC,
AND
POLARIS GOLF SYSTEMS, INC.,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                s/ John Fulton, Jr.
                                                John Fulton, Jr.
                                                Florida Bar No. 173,800

**SERVICE LIST**
ROBLOR MARKETING GROUP, INC. V. GPS INDUSTRIES, INC., ET AL.
United States District Court, Southern District of Florida
Case No. 08-21496-CIV-MORENO/TORRES

Alejandro Alvarez
alex@integrityforjustice.com
THE ALVAREZ LAW FIRM
355 Palermo Avenue
Coral Gables, FL 33134
Telephone: (305) 444-7675
Facsimile:  (305) 444-0075
Attorneys for Plaintiff.
Notices of Electronic Filing
generated by CM/ECF.

John F. Ward
wardj@wardolivo.com
John W. Olivo, Jr.
olivoj@wardolivo.com
David M. Hill
hilld@wardolivo.com
Michael G. Gabriel
gabrielm@wardolivo.com
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
Telephone: (212) 697-6262
Facsimile:  (212) 972-5866
Attorneys for Plaintiff.
Served via first class U.S. mail,
postage pre-paid.

Kevin C. Kaplan
kkaplan@coffeyburlington.com
David J. Zack
dzack@coffeyburlington.com
Morgan L. Swing
mswing@coffeyburlington.com
COFFEY BURLINGTON
2699 South Bayshore Drive
Penthouse A
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261
Attorneys for Defendants
Proshot Investors, LLC.,
ProLink Holding Corporation and
ProLink Solutions, LLC
Notices of Electronic Filing
generated by CM/ECF.

John M. Guard
john.guard@hklaw.com
HOLLAND & KNIGHT
100 N Tampa Street
Suite 4100
P.O. Box 1288
Tampa, Florida 33602-3644
Telephone: (813) 227-6485
Facsimile:  (813) 229-0134
Attorneys for Defendants
ProLink Holding Corporation
and ProLink Solutions, LLC.
Notices of Electronic Filing
generated by CM/ECF.

Kenneth G. Parker
kparker@tlpfirm.com
TEUTON LOEWY & PARKER LLP
3121 Michelson Drive
Suite 250
Irvine, CA  92612
Telephone: (949) 442-7101
Facsimile:  (949) 442-7105
Attorneys for Defendants
ProLink Holding Corporation
and ProLink Solutions, LLC.
Notices of Electronic Filing
generated by CM/ECF.

Paul J. Cronin
pcronin@mintz.com
A. Jason Mirabito
ajmirabito@mintz.com
Paul J. Hayes
pjhayes@mintz.com
Thomas J. Clark
tjclark@mintz.com
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Attorneys for Defendants
ProLink Holding Corporation
and ProLink Solutions, LLC.
Notices of Electronic Filing
generated by CM/ECF.

Jeffrey Kamenetsky
jkamenetsky@cwiplaw.com
CHRISTOPHER & WEISBERG
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile:  (954) 828-9122
Attorneys for Defendants
Intelligolf, Inc. and Karrier Communications.
Notices of Electronic Filing
generated by CM/ECF.

Jeff Toler
jtoler@tlgiplaw.com
TOLER LAW GROUP
8500 Bluffstone Cove
Suite A201
Austin , Texas 78759
Telephone: (512) 327-5515
Attorneys for Defendants
Intelligolf, Inc. and Karrier Communications.
Notices of Electronic Filing
generated by CM/ECF.

Albert A. Zakarian
zakarian@tampabay.rr.com
16765 Fish Hawk Boulevard
Suite 360
Lithia, Florida 33547
Telephone: (813) 571-2546
Facsimile:  (813) 251-1933
Attorneys for Defendant
L1 Technologies, Inc.
Notices of Electronic Filing
generated by CM/ECF.

Jordan S. Weinstein
jweinstein@oblon.com
Thomas J. Fisher
tfisher@oblon.com
OBLON SPIVAK McCLELLAND
MAIER & NEUSTADT
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Attorneys for Defendant
SkyHawke Technologies, LLC.
Notices of Electronic Filing
generated by CM/ECF.

Leora Herrmann
lherrmann@kpkb.com
Michael E. Tschupp
mtschupp@kpkb.com
KLUGER PERETZ KAPLAN
& BERLIN
Miami Center
201 South Biscayne Boulevard
Suite 1700
Miami, Florida 33131-8424
Telephone: (305) 379-9000
Facsimile:  (305) 379-3428
Attorneys for Defendant
SkyHawke Technologies, LLC.
Notices of Electronic Filing
generated by CM/ECF.

John Cyril Malloy, III
jcmalloy@malloylaw.com
John Fulton, Jr.
jfulton@malloylaw.com
MALLOY & MALLOY, P.A.
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile:  (305) 858-0008
Attorneys for Defendant
uPlay, LLC.
Notices of Electronic Filing
generated by CM/ECF.

Neal M. Cohen
nmc@viplawgroup.com
James K. Sakaguchi
jks@viplawgroup.com
Valerie L. Sarigumba
vls@viplawgroup.com
VISTA IP LAW GROUP LLP
2040 Main Street, 9th Floor
Irvine, California  92614
Telephone: (949) 724-1849
Facsimile:  (949) 625-8955
Attorneys for Defendant
uPlay, LLC.
Notices of Electronic Filing
generated by CM/ECF.

Jacqueline C. Tadros
jtadros@intellectualpropertynow.com
JACQUELINE TADROS, P.A.
500 West Cypress Creek Road, Suite 350
Fort Lauderdale, Florida 33309
Telephone: (954) 351-7479
Facsimile: (954) 351-7417
Attorneys for Defendant
Goodwin Golf Group, LLC
Notices of Electronic Filing
generated by CM/ECF.


Jeffrey E. Forman
jforeman@mflegal.com
Catherine J. MacIvor
cmacivor@mflegal.com
MALTZMAN FOREMAN, PA
2 South Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami , FL 33131-1803
Telephone: (305) 358-6555
Fascimile:  (305) 374-9077
Attorneys for GPS Industries, Inc.
Notices of Electronic Filing
generated by CM/ECF.

Alfonso Garcia Chan
achan@shorechan.com
Michael W. Shore
mshore@shorechan.com
Rajkumar Vinnakota
kvinnakota@shorechan.com
SHORE CHAN BRAGALONE LLP
901 Main Steeet
Suite 3300
Dallas TX 75202
Telephone: (214) 593-9110
Attorneys for GPS Industries, Inc.
Notices of Electronic Filing
generated by CM/ECF.