IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| ROBLOR MARKETING GROUP, INC. | ) | Case No.: |
| --- | --- | --- |
| Plaintiff, | ) | 08-21496-Civ-MORENO/TORRES |
| v. | ) | |
| GPS INDUSTRIES, INC., PROSHOT INVESTORS, LLC, PROLINK HOLDING CORPORATION, PROLINK SOLUTIONS, LLC, INTELLIGOLF, INC., KARRIER COMMUNICATIONS, L1 TECHNOLOGIES, INC., LINKS POINT, INC., SKYHAWKE TECHNOLOGIES, INC., UPLAY, LLC, GOODWIN GOLF GROUP, LLC, and POLARIS GOLF SYSTEM, INC. | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREEMENT TO LIMIT DEFENSES ON CONDITION MOTION TO STAY PENDING REEXAM IS GRANTED**

Defendants uPlay, LLC, ProLink Holding Corporation, ProLink Solutions, LLC, L1 Technologies, Inc., and Goodwin Golf Group LLC ("Moving Defendants"), jointly filed a Motion to Stay this action pending the conclusion of Reexamination No. 90/009,260. That motion is currently pending.

All defendants who have answered, and have not yet been dismissed, hereby agree to enter into the stipulation on the following page if the Court grants the Motion to Stay Pending Reexamination. This includes the Moving Defendants, as well as non-moving defendants 1) GPS Industries, Inc., and 2) Proshot Investors LLC.[1]

---

[1] Karrier Communications and Intelligolf, Inc. could not participate in this Motion for the reasons stated in their pending motion [Dkt. Entry 110]. Links Point, Inc., and Polaris Golf Systems have not yet responded to the Complaint. Skyhawke Technologies has been dismissed.

1

## CONDITIONAL STIPULATION

As a condition of this action being stayed pending the conclusion of Reexamination No. 90/009,260 ("The Reexamination"), Defendants uPlay, LLC, ProLink Holding Corporation, ProLink Solutions, LLC, L1 Technologies, Inc., Goodwin Golf Group LLC, GPS Industries, Inc., Proshot Investors LLC, (collectively "DEFENDANTS"), hereby agree they will enter into the following stipulation:

> DEFENDANTS may not argue invalidity in the present action based on one or more prior art printed publications that were considered by the United States Patent and Trademark Office ("USPTO") in The Reexamination. However, DEFENDANTS will be permitted to rely for obviousness on the printed publications that were considered by the USPTO in The Reexamination, in combination with prior art that was not so considered.

/nmcohen/ John Futty for
Vista IP Law Group LLP
Neal M. Cohen
Counsel For **uPlay LLC**

/pjcronin/
Mintz, Levin, et al.
Paul J. Cronin
Counsel For **Prolink Holding Corporation, and Prolink Solutions, LLC,**

/Jctadros/
Jacqueline C. Tadros
counsel for **Goodwin Golf Group LLC**

/drobinson/
Dana Robinson
counsel for **L1 Technologies, Inc.**

/rvinnakota/
Shore Chan Bragalone LLP
Rajkumar Vinnakota
counsel for **GPS Industries, Inc.**

/kparker/
Teuton Loewy & Parker LLP
Kenneth G. Parker
counsel for **Proshot Investors LLC**

## CONDITIONAL STIPULATION

As a condition of this action being stayed pending the conclusion of Reexamination No. 90/009,260 ("The Reexamination"), Defendants uPlay, LLC, ProLink Holding Corporation, ProLink Solutions, LLC, L1 Technologies, Inc., Goodwin Golf Group LLC, GPS Industries, Inc., Proshot Investors LLC, (collectively "DEFENDANTS"), hereby agree they will enter into the following stipulation:

> DEFENDANTS may not argue invalidity in the present action based on one or more prior art printed publications that were considered by the United States Patent and Trademark Office ("USPTO") in The Reexamination. However, DEFENDANTS will be permitted to rely for obviousness on the printed publications that were considered by the USPTO in The Reexamination, in combination with prior art that was not so considered.

/nmcohen/
Vista IP Law Group LLP
Neal M. Cohen
Counsel For **uPlay LLC**

/pjcronin/
Mintz, Levin, et al.
Paul J. Cronin
Counsel For **Prolink Holding Corporation, and Prolink Solutions, LLC,**

/Jctadros/    /J. Cadros/
Jacqueline C. Tadros
counsel for **Goodwin Golf Group LLC**

/drobinson/
Dana Robinson
counsel for **L1 Technologies, Inc.**

/rvinnakota/
Shore Chan Bragalone LLP
Rajkumar Vinnakota
counsel for **GPS Industries, Inc.**

/kparker/
Teuton Loewy & Parker LLP
Kenneth G. Parker
counsel for **Proshot Investors LLC**

## CONDITIONAL STIPULATION

As a condition of this action being stayed pending the conclusion of Reexamination No. 90/009,260 ("The Reexamination"), Defendants uPlay, LLC, ProLink Holding Corporation, ProLink Solutions, LLC, L1 Technologies, Inc., Goodwin Golf Group LLC, GPS Industries, Inc., Proshot Investors LLC, (collectively "DEFENDANTS"), hereby agree they will enter into the following stipulation:

> DEFENDANTS may not argue invalidity in the present action based on one or more prior art printed publications that were considered by the United States Patent and Trademark Office ("USPTO") in The Reexamination. However, DEFENDANTS will be permitted to rely for obviousness on the printed publications that were considered by the USPTO in The Reexamination, in combination with prior art that was not so considered.

/nmcohen/
Vista IP Law Group LLP
Neal M. Cohen
Counsel For **uPlay LLC**

/pjcronin/
Mintz, Levin, et al.
Paul J. Cronin
Counsel For **Prolink Holding Corporation,** and **Prolink Solutions, LLC,**

/Jctadros/
Jacqueline C. Tadros
counsel for **Goodwin Golf Group LLC**

/drobinson/
Dana Robinson
counsel for **L1 Technologies, Inc.**

/rvinnakota/
Shore Chan Bragalone LLP
Rajkumar Vinnakota
counsel for **GPS Industries, Inc.**

/kparker/
Teuton Loewy & Parker LLP
Kenneth G. Parker
counsel for **Proshot Investors LLC**

CONDITIONAL STIPULATION

As a condition of this action being stayed pending the conclusion of Reexamination No. 90/009,260 ("The Reexamination"), Defendants uPlay, LLC, ProLink Holding Corporation, ProLink Solutions, LLC, L1 Technologies, Inc., Goodwin Golf Group LLC, GPS Industries, Inc., Proshot Investors LLC, (collectively "DEFENDANTS"), hereby agree they will enter into the following stipulation:

> DEFENDANTS may not argue invalidity in the present action based on one or more prior art printed publications that were considered by the United States Patent and Trademark Office ("USPTO") in The Reexamination. However, DEFENDANTS will be permitted to rely for obviousness on the printed publications that were considered by the USPTO in The Reexamination, in combination with prior art that was not so considered.

/nmcohen/
Vista IP Law Group LLP
Neal M. Cohen
Counsel For **uPlay LLC**

/pjcronin/
Mintz, Levin, et al.
Paul J. Cronin
Counsel For **Prolink Holding Corporation,** and **Prolink Solutions, LLC,**

/Jctadros/
Jacqueline C. Tadros
counsel for **Goodwin Golf Group LLC**

/drobinson/
Dana Robinson
counsel for **L1 Technologies, Inc.**

/rvinnakota/
Shore Chan Bragalone LLP
Rajkumar Vinnakota
counsel for **GPS Industries, Inc.**

/kparker/
Teuton Loewy & Parker LLP
Kenneth G. Parker
counsel for **Proshot Investors LLC**

## CONDITIONAL STIPULATION

As a condition of this action being stayed pending the conclusion of Reexamination No. 90/009,260 ("The Reexamination"), Defendants uPlay, LLC, ProLink Holding Corporation, ProLink Solutions, LLC, L1 Technologies, Inc., Goodwin Golf Group LLC, GPS Industries, Inc., Proshot Investors LLC, (collectively "DEFENDANTS"), hereby agree they will enter into the following stipulation:

> DEFENDANTS may not argue invalidity in the present action based on one or more prior art printed publications that were considered by the United States Patent and Trademark Office ("USPTO") in The Reexamination. However, DEFENDANTS will be permitted to rely for obviousness on the printed publications that were considered by the USPTO in The Reexamination, in combination with prior art that was not so considered.

/nmcohen/
Vista IP Law Group LLP
Neal M. Cohen
Counsel For **uPlay LLC**

/jctadros/
Jacqueline C. Tadros
counsel for **Goodwin Golf Group LLC**

/rvinnakota/
Shore Chan Bragalone LLP
Rajkumar Vinnakota
counsel for **GPS Industries, Inc.**

/pjcronin/
Mintz, Levin, et al.
Paul J. Cronin
Counsel For **Prolink Holding Corporation, and Prolink Solutions, LLC,**

/drobinson/
Dana Robinson
counsel for **L1 Technologies, Inc.**

/kparker/
Teuton Loewy & Parker LLP
Kenneth G. Parker
counsel for **Proshot Investors LLC**

2

## CONDITIONAL STIPULATION

As a condition of this action being stayed pending the conclusion of Reexamination No. 90/009,260 ("The Reexamination"), Defendants uPlay, LLC, ProLink Holding Corporation, ProLink Solutions, LLC, L1 Technologies, Inc., Goodwin Golf Group LLC, GPS Industries, Inc., Proshot Investors LLC, (collectively "DEFENDANTS"), hereby agree they will enter into the following stipulation:

> DEFENDANTS may not argue invalidity in the present action based on one or more prior art printed publications that were considered by the United States Patent and Trademark Office ("USPTO") in The Reexamination. However, DEFENDANTS will be permitted to rely for obviousness on the printed publications that were considered by the USPTO in The Reexamination, in combination with prior art that was not so considered.

/nmcohen/
Vista IP Law Group LLP
Neal M. Cohen
Counsel For **uPlay LLC**

/pjcronin/
Mintz, Levin, et al.
Paul J. Cronin
Counsel For **Prolink Holding Corporation**, and **Prolink Solutions, LLC,**

/Jctadros/
Jacqueline C. Tadros
counsel for **Goodwin Golf Group LLC**

/drobinson/
Dana Robinson
counsel for **L1 Technologies, Inc.**

/rvinnakota/
Shore Chan Bragalone LLP
Rajkumar Vinnakota
counsel for **GPS Industries, Inc.**

/kparker/
Teuton Loewy & Parker LLP
Kenneth G. Parker
counsel for **Proshot Investors LLC**