**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**08-21496-CIV-MORENO/TORRES**

| | |
|---|---|
| ROBLOR MARKETING GROUP, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| GPS INDUSTRIES, INC., PROSHOT | § |
| INVESTORS, LLC, PROLINK HOLDINGS | § |
| CORPORATION, PROLINK SOLUTIONS, | § |
| LLC, INTELLIGOLF INC., | § |
| KARRIER COMMUNICATIONS, L1 | § |
| TECHNOLOGIES, INC., LINKS POINT INC., | § |
| SKYHAWKE TECHNOLOGIES, LLC, | § |
| UPLAY, LLC, GOODWIN GOLF GROUP | § |
| LLC, AND POLARIS GOLF SYSTEMS, INC., | § |
| | § |
| Defendants. | § |

**STIPULATION TO DISMISS WITHOUT PREJUDICE
DEFENDANT L1 TECHNOLOGIES, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), Plaintiff Roblor Marketing Group, Inc. ("Roblor") hereby dismisses without prejudice all claims brought by Roblor against Defendant L1 Technologies, Inc. ("L1"). Each party denies any liability for all claims or counterclaims asserted against it. Each party shall bear its own costs, expenses, and attorneys' fees. This dismissal shall not affect any other claims involving Roblor and any other defendant in this action.

Respectfully submitted,

Dated: October 22, 2008

/s/ Alex Alvarez
Alex Alvarez
Florida Bar No. 946346
E-mail: alex@integrityforjustice.com
**THE ALVAREZ LAW FIRM**
355 Palermo Avenue

- 2 -

Coral Gables, FL 33134
Telephone: (305) 444-7675
Facsimile: (305) 444-0075

**OF COUNSEL**:
John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
David M. Hill, Esq.
E-mail: hilld@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

**ATTORNEYS FOR PLAINTIFF
ROBLOR MARKETING GROUP, INC.**

  /s/ Dana Robinson
Dana Robinson
Email: dana.robinson@l1inc.com
**L1 Technologies, Inc.**
591 Camino De La Reina
Suite 200
San Diego, CA  92108
Telephone: (858) 300-5513
Facsimile: (858) 408-1997
**ATTORNEY FOR DEFENDANT
L1 TECHNOLOGIES, INC.**

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 22, 2008, I caused the following documents:

*Stipulation to Dismiss Without Prejudice Defendant, L1 Technologies, Inc.,*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

*All Counsel of Record*

BY:     /s/ Alex Alvarez
ALEX ALVAREZ
Florida Bar No. 946346