UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21496-CIV-MORENO

ROBLOR MARKETING GROUP, INC.,

    Plaintiff,

vs.

GPS INDUSTRIES, INC., PROSHOT INVESTORS, LLC, PROLINK HOLDINGS CORPORATION, PROLINK SOLUTIONS, LLC, INTELLIGOLF INC., KARRIER COMMUNICATIONS, L1 TECHNOLOGIES, INC., LINKS POINT, INC., SKYHAWKE TECHNOLOGIES, LLC, UPLAY, LLC, GOODWIN GOLF GROUP, LLC, and POLARIS GOLF SYSTEMS, INC.,

    Defendant.
_____/

### ORDER GRANTING STIPULATION TO DISMISS L1 TECHNOLOGIES, INC.

THIS CAUSE came before the Court upon the Stipulation to Dismiss Without Prejudice Defendant L1 Technologies, Inc. **(D.E. No. 164)**, filed on **October 22, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of October, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record