UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 08-21496-CIV-MORENO**

ROBLOR MARKETING GROUP, INC.,

     Plaintiff,

vs.

GPS INDUSTRIES, INC., et al.,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORTS AND RECOMMENDATIONS AND DISMISSING KARRIER COMMUNICATIONS AND INTELLIGOLF, INC.

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendant Karrier Communications' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue **(D.E. No. 61)**, filed on **August 15, 2008** and Defendant Intelligolf, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue **(D.E. No. 68)**, filed on **August 22, 2008**. The Magistrate Judge filed two Reports and Recommendations **(D.E. Nos. 210 & 211)** on **June 3, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the Magistrate Judge's Reports and Recommendations, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Reports and Recommendation **(D.E. Nos. 210 & 211)** on Defendant Karrier Commuincations' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and Defendant Ingelligolf, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, are **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     Defendant Karrier Commuincations' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue is GRANTED without prejudice to refile in a court having personal jurisdiction over Karrier and in a district with proper venue; and

(2)     Defendant Intelligolf, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue is GRANTED without prejudice to refile in a court having personal jurisdiction over Intelligolf, Inc. and in a district with proper venue.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of July, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record