08-21496.or3

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21496-CIV-MORENO-BROWN

ROBLOR MARKETING GROUP, INC.

    Plaintiff,

vs.

GPS INDUSTRIES, INC., et al.,

    Defendants.
_____/

## ORDER RE: ALL TIMELY FILED MOTIONS IN LIMINE

**THIS MATTER** came before the Court on the "flurry" of motions in limine filed on **March 1, 2012**, the deadline for filing same. The Court has considered the motions and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that all responses to said motions shall be filed on or before **March 7, 2012**, and all replies shall be filed on or before **March 12, 2012**.

**No extensions will be granted.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2012.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Federico A. Moreno
        Counsel of record