08-21496.or3

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21496-CIV-MORENO-BROWN

ROBLOR MARKETING GROUP, INC.

    Plaintiff,

vs.

GPS INDUSTRIES, INC., et al.,

    Defendants.
_____/

## ORDER FOR EXPEDITED RESPONSE

**THIS MATTER** came before the Court on Plaintiff's Motion to Enforce the Court's Order (D.E. 179) Premised on Defendants' Stipulation to Limit Defenses (D.E. 386). The Court has considered the motions and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that the responses to said motion shall be filed on or before **March 7, 2012**, and a reply shall be filed on or before **March 12, 2012**.

**No extensions will be granted.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2012.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Federico A. Moreno
       Counsel of record