UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-21496-CIV-MORENO**

ROBLOR   MARKETING   GROUP,   INC.
substituted   for   by   S K Y H A W K E
TECHNOLOGIES, LLC,

      Plaintiff,

vs.

GPS INDUSTRIES, LLC et al.,

      Defendants.

_____/



**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Plaintiff's Stipulation of Dismissal with Prejudice **(D.E. No. 465)** filed on **March 21, 2012**.  It is

**ADJUDGED** that this action is DISMISSED without prejudice as to all remaining Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of April, 2012.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record